**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 23-6525**

_____

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

JUSTIN DEONTA STROM, a/k/a Jae Dee, a/k/a Jae, a/k/a J-Dirt,

Defendant - Appellant.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Leonie M. Brinkema, District Judge.  (1:12-cr-00159-1)

_____

Submitted:  September 28, 2023                    Decided:  October 3, 2023

_____

Before NIEMEYER, THACKER, and RUSHING, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Justin Deonta Strom, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Justin Deonta Strom appeals the district court's order denying his 18 U.S.C. § 3582(c)(1)(A) motion for compassionate release.  We review a district court's denial of a compassionate release motion for abuse of discretion.  *United States v. Kibble*, 992 F.3d 326, 329 (4th Cir. 2021).  Upon review of the record, we conclude that the court did not abuse its discretion in that the court considered Strom's arguments in favor of a sentence reduction and sufficiently explained the reasons for the denial.  *See United States v. High*, 997 F.3d 181, 188-91 (4th Cir. 2021) (discussing amount of explanation required for denial of compassionate release motion).  Accordingly, we affirm the district court's order. *United States v. Strom*, No. 1:12-cr-00159-1 (E.D. Va. filed May 10, 2023 & entered May 11, 2023).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*